IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY GENNARO, JR., on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL RESEARCH CORPORATION et al.,<br><br>Defendants. | 4:17-CV-441<br><br><br><br>ORDER |
| JAMES D. GERSON, on behalf of himself and all other similarly situated shareholders of NATIONAL RESEARCH CORPORATION, and derivatively on behalf of Nominal Defendant NATIONAL RESEARCH CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL D. HAYS et al.,<br><br>Defendants,<br><br>and<br><br>NATIONAL RESEARCH CORPORATION,<br><br>Nominal defendant. | 4:17-CV-3152<br><br><br><br>ORDER |

IT IS ORDERED:

1. The parties' Joint Stipulation to Extend Deadline for Oppositions to Motions for Preliminary Injunction (case no. 4:17-cv-441 filing 33; case no 4:17-cv-3152 filing 30) is approved.

2. The Clerk of the Court is directed to enter a case management deadline for March 1, 2018 with the following docket text: Check on pendency and progression of preliminary injunction motions.

Dated this 5th day of December, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge