IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY GENNARO, JR., on Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>NATIONAL RESEARCH CORPORATION et al.,<br><br>        Defendants. | 4:17-CV-441<br><br><br><br>ORDER |
| JAMES D. GERSON, on behalf of himself and all other similarly situated shareholders of NATIONAL RESEARCH CORPORATION, and derivatively on behalf of Nominal Defendant NATIONAL RESEARCH CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL D. HAYS et al.,<br><br>        Defendants,<br><br>and<br><br>NATIONAL RESEARCH CORPORATION,<br><br>        Nominal defendant. | 4:17-CV-3152<br><br><br><br>ORDER |

This matter is before the Court on the plaintiffs' motions for preliminary injunction (case no. 4:17-cv-441 filing 9; case no 4:17-cv-3152 filing 16). The Court has, on its own initiative, reviewed this matter for purposes of case progression. The motions for preliminary injunction have been stayed to this point, contemplating a possible amended complaint in light of expected revisions to the underlying corporate reorganization proposal. Case no. 4:17-cv-441 filing 35; case no 4:17-cv-3152 filing 32; *see* case no. 4:17-cv-441 filing 33; case no 4:17-cv-3152 filing 30.

It appears to the Court that those revisions have been made: the plaintiffs' complaints and motions for preliminary injunction were premised on Preliminary Proxy Soliciting materials filed with the SEC that have since been supplanted by a substantially different proposal. *Compare* case no. 4:17-cv-441 filing 11-2, *and* case no 4:17-cv-3152 filing 18-2, *with* National Research Corp., Preliminary Proxy Soliciting materials (Form PRER14A) (Feb. 23, 2018), *available at* https://www.sec.gov/Archives/edgar/data/70487/000143774918003218/nrci20180219_prer14a.htm. Regardless of what disagreements might remain among the parties, the specific grounds on which the plaintiffs sought to preliminarily enjoin consummation of the originally proposed transaction have been mooted by the revised proposal.

IT IS ORDERED:

1. The parties' motions for preliminary injunction (case no. 4:17-cv-441 filing 9; case no 4:17-cv-3152 filing 16) are denied as moot.

2. This matter is referred to the Magistrate Judge for case progression.

Dated this 7th day of March, 2018.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge