IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re NATIONAL RESEARCH CORPORATION shareholder litigation. | 4:17-CV-441<br><br>ORDER |

IT IS ORDERED:

1. The Joint Stipulation of Defendant Michael and Karen Hays Grandchildren's Trust Without Prejudice (filing 63) is approved.

2. The plaintiffs' claims against the Michael And Karen Hays Grandchildren's Trust are dismissed without prejudice.

3. The Michael And Karen Hays Grandchildren's Trust is terminated as a party.

4. The Michael And Karen Hays Grandchildren's Trust's motion to dismiss (filing 51) is denied as moot.

Dated this 12th day of June, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge