IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In re NATIONAL RESEARCH CORPORATION Shareholder Litigation. | 4:17-CV-441<br><br>JUDGMENT |

In accordance with the accompanying Memorandum and Order, Plaintiffs' consolidated complaint is dismissed.

Dated this 9th day of October, 2018.

BY THE COURT:

*/s/ John M. Gerrard*

John M. Gerrard
United States District Judge